Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00272-CV

____________

 

LOUISA STUART PARKER,
Appellant

 

V.

 

HATTIE PARKER and ROBERT PARKER, II, Appellees

 



 

On Appeal from the
311th District Court

Harris County, Texas

Trial Court Cause
No. 02-51774

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 31, 2003.

On October 12, 2004, appellant filed an unopposed motion to
dismiss the appeal because the trial court signed a final order in appellant=s suit to modify the parent-child
relationship on September 24, 2004, to which all parties agreed.  Appellant asserts that this order resolved
all issues of controversy in the appeal. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Justices
Anderson, Hudson, and Seymore.